

# United States District Court
# Eastern District of California

| TODD HEISE | | Case Number: | 2:23-CV-02334-DAD-KJN |

Plaintiff(s)

V.

| VISION SERVICE PLAN |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marc Reed Edelman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
PLAINTIFF

On 10/15/1996 (date), I was admitted to practice and presently in good standing in the Florida Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/26/2023    Signature of Applicant: /s/ Marc R. Edelman

**Pro Hac Vice Attorney**

Applicant's Name: Marc Reed Edelman
Law Firm Name: Morgan & Morgan, P.A.
Address: 201 N Franklin St, 7th Floor

City: Tampa   State: FL   Zip: 33602
Phone Number w/Area Code: (813) 577-4761
City and State of Residence: Tampa, Florida
Primary E-mail Address: medelman@forthepeople.com
Secondary E-mail Address: lcaulder@forthepeople.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison M. Rattet
Law Firm Name: Morgan & Morgan, P.A.
Address: 8151 Peters Road, Suite 4000

City: Plantation   State: FL   Zip: 33324
Phone Number w/Area Code: (954) 318-0264   Bar #: 320245

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 26, 2023

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT