UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HEISE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VISION SERVICE PLAN,<br><br>　　　　Defendant. | No.  2:23-cv-02334-DAD-KJN<br><br>ORDER RELATING AND REASSIGNING CASE |
| BRIAN BUDD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VISION SERVICE PLAN,<br><br>　　　　Defendant. | No.  2:23-cv-02335-DB<br><br>**New Case No.  2:23-cv-02335-DAD-KJN** |
| GLENNA GLENN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VISION SERVICE PLAN,<br><br>　　　　Defendant. | No.  2:23-cv-02500-DJC-AC<br><br>**New Case No.  2:23-cv-02500-DAD-KJN** |

1

1      An examination of the above-captioned actions reveals that they are related within the
2 meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the
3 same district judge and magistrate judge will promote substantial efficiency and economy for the
4 court and is likely to be convenient for the parties.
5      An order relating cases under this court's Local Rule 123 merely assigns them to the same
6 district judge and magistrate judge—it does not consolidate the cases.  The local rules of this
7 district authorize the judge with the lowest numbered case to order the reassignment of any higher
8 numbered cases to himself or herself, upon determining that this assignment is likely to effect a
9 savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that
10 Case No. 2:23-cv-02335-DB and Case No. 2:23-cv-02500-DJC-AC are reassigned to the
11 undersigned and Magistrate Judge Kendall J. Newman.  The caption on documents filed in the
12 reassigned cases shall be shown as:  2:23-cv-02335-DAD-KJN and 2:23-cv-02500-DAD-KJN.  It
13 is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of
14 civil cases to compensate for this reassignment.

       IT IS SO ORDERED.

Dated:   **November 2, 2023**

                              _____
                              DALE A. DROZD
                              UNITED STATES DISTRICT JUDGE